COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 
 July 30, 2015
 No. 10-14-00227-CR
 PEDRO RODRIGUEZ, JR.
 v.
 THE STATE OF TEXAS
 
 
 From the 272nd District Court
 Brazos County, Texas
 Trial Court No. 09-03781-CRF-272
 
--------------------------------------------------------------------------------
JUDGMENT

This Court has reviewed the briefs of the parties and the record as relevant to the issues raised in this proceeding and finds that no reversible error is presented. Accordingly, the trial court's judgment signed on May 30, 2014 is affirmed.
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court clerk for enforcement.
 PER CURIAM
 SHARRI ROESSLER, CLERK 

 By: ___________________________
 Nita Whitener, Deputy Clerk